UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT MATICAN,

JUDGMENT
02-CV- 5805 (FB)

Plaintiff,

-against-

CITY OF NEW YORK, JOHN SCHNEIDER,
JULIO C. ORDONEZ, and CHRIS
ZIMMERMAN,

Defendants.
------------------------------------------------------------------X

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on March 29, 2006, granting the defendants' motion for summary judgment dismissing the Section 1983 claims, and dismissing those claims with prejudice; and dismissing plaintiff's state-law claims without prejudice; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the defendants' motion for summary judgment on the Section 1983 claims is granted, and those claims are dismissed with prejudice; and that plaintiff's state-law claim is dismissed without prejudice.

Dated: Brooklyn, New York
March 31, 2006

ROBERT C. HEINEMANN
Clerk of Court